

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6330, 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court